```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-                                        90-CR-861 (KMW)

JUAN DIAZ,                                          **ORDER**

                        Defendant.
-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

        Defendant Juan Diaz moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 33.)  The Government shall respond to Defendant's motion for a sentence reduction no later than June 7, 2022.

        The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

        SO ORDERED.

Dated: New York, New York
       New York, May 10, 2022                           */s/ Kimba M. Wood*
                                                                   KIMBA M. WOOD
                                                     United States District Judge