UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JUAN DIAZ,

                           Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __August 28, 2023__

90-CR-861 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On November 21, 2022, the Court denied Defendant Juan Diaz's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 41.)  On December 28, 2022, Mr. Diaz filed a motion for reconsideration.  (ECF No. 42.)  The Government is directed to respond to Mr. Diaz's motion by September 22, 2023.  Mr. Diaz's Reply, if any, must be submitted by November 3, 2023.

      The Clerk is respectfully directed to mail a copy of this Order to Mr. Diaz.

SO ORDERED.

Dated: New York, New York
       August 28, 2023

                                        */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                                      United States District Judge