```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-                                    90-CR-861 (KMW)

JUAN DIAZ,                                              **ORDER**

                        Defendant.
---------------------------------------------------------X
```

KIMBA M. WOOD, United States District Judge:

Defendant Juan Diaz has moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 49.) The Government is ordered to respond to Defendant's motion by July 26, 2024. Defendant's reply, if any, is due by August 23, 2024.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: New York, New York
       July 08, 2024                        */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                        United States District Judge